LAUREN M. BLAS, SBN 296823
  lblas@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

MEGAN COONEY, SBN 295174
  mcooney@gibsondunn.com
KATIE M. MAGALLANES, SBN 300277
  kmagallanes@gibsondunn.com
JESSICA M. PEARIGEN, SBN 317286
  jpearigen@gibsondunn.com
JORDAN E. JOHNSON, SBN 324051
  jjohnson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

Attorneys for Defendant
AMAZON RETAIL LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ERICK FIELDS, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>  v.<br><br>AMAZON RETAIL LLC, a Delaware limited liability company and DOES 1 to 10, inclusive,<br><br>            Defendant. | CASE NO. 8:22-cv-377<br><br>**DECLARATION OF LAUREN M. BLAS IN SUPPORT OF DEFENDANT AMAZON RETAIL LLC'S NOTICE OF REMOVAL OF CLASS ACTION**<br><br>(Orange County Superior Court Case No. 30-2022-01244500-CU-OE-CXC)<br><br>Action Filed:  February 8, 2022<br>Trial Date:    None Set |

I, Lauren M. Blas, hereby declare and state:

1.     I am an attorney duly licensed to practice law before all the courts of the State of California as well as the United States District Court for the Central District of California. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and am one of the attorneys representing Defendant Amazon Retail LLC in the above-entitled action. Unless otherwise stated, I have personal knowledge of the matters stated herein, and if asked to testify thereto, I would do so competently.

2.     Attached here as **Exhibit A** is a true and correct copy of the Summons in *Fields v. Amazon Retail LLC*, Case No. 30-2022-01244500-CU-OE-CXC, filed on February 8, 2022.

3.     Attached here as **Exhibit B** is a true and correct copy of the Class Action Complaint in *Fields v. Amazon Retail LLC*, Case No. 30-2022-01244500-CU-OE-CXC, filed on February 8, 2022.

4.     Attached here as **Exhibit C** is a true and correct copy of the Civil Case Cover Sheet in *Fields v. Amazon Retail LLC*, Case No. 30-2022-01244500-CU-OE-CXC, filed on February 8, 2022.

5.     Attached here as **Exhibit D** is a true and correct copy of the One Legal Payment Receipt in *Fields v. Amazon Retail LLC*, Case No. 30-2022-01244500-CU-OE-CXC, filed on February 9, 2022.

6.     Attached here as **Exhibit E** is a true and correct copy of the Proof of Service of Summons, reflecting that Plaintiff effected service of the Summons and Class Action Complaint on Amazon Retail on February 9, 2022 in *Fields v. Amazon Retail LLC*, Case No. 30-2022-01244500-CU-OE-CXC, filed on February 15, 2022.

7.     Attached here as **Exhibit F** is a true and correct copy of the Class Action/B&P 17200 Questionnaire in *Fields v. Amazon Retail LLC*, Case No. 30-2022-01244500-CU-OE-CXC, filed on March 3, 2022.

1  I declare under penalty of perjury under the laws of the State of California and the
2  United States of America that the foregoing is true and correct and that I executed this
3  Declaration on March 10, 2022, at Los Angeles, California.

                                                        */s/ Lauren M. Blas*
                                                        Lauren M. Blas

Gibson, Dunn & Crutcher LLP