1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK FIELDS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON RETAIL LLC, a Delaware limited liability company and DOES 1 to 10, inclusive<br><br>Defendant. | CASE NO.  8:22-cv-00377-JVS(DFMx)<br>Assigned to Hon. James V. Selna<br><br>**<u>CLASS ACTION</u>**<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL [21]** |

1

ORDER GRANTING JOINT STIPULATION OF DISMISSAL

# ORDER

Pursuant to the Parties Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1), IT IS ORDERED that this action is dismissed with prejudice as to Plaintiff Erick Fields and without prejudice to the proposed class. Each party shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

**DATED: March 09, 2023**

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE